**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| SHELDON CARR, | |
| | Case No.: 3:15-cv-00756-REP |
| Plaintiff, | |
| v. | |
| BLUESTEM BRANDS, INC. | |
| d/b/a Fingerhut, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHELDON CARR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                            RESPECTFULLY SUBMITTED,

DATED: March 23, 2016                   By: /s/ Frank Webb
                                                            Frank Webb
                                                            Attorney at Law
                                                            Overland & Buster, P.C.
                                                            4085 Chain Bridge Rd., Suite 401
                                                           Fairfax, VA 22030
                                                            Phone: (703) 865-6305
                                                           Email: frank@obwlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Frank Webb<br>
Frank Webb<br>
Attorney for Plaintiff