**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| SHELDON CARR, | |
| | Case No.: 3:15-cv-00756-REP |
| Plaintiff, | |
| v. | |
| BLUESTEM BRANDS, INC. d/b/a Fingerhut, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SHELDON CARR ("Plaintiff"), and Defendant, BLUESTEM BRANDS, INC. d/b/a Fingerhut, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.

///

///

///

///

///

///

///

<13> Case 3:15-cv-00756-REP   Document 17   Filed 04/01/16   Page 2 of 2 PageID# 48

Respectfully submitted,

Dated: April 1, 2016

By: /s/ Frank Webb
    Frank Webb
    Attorney at Law
    Overland & Buster, P.C.
    4085 Chain Bridge Rd., Suite 401
    Fairfax, VA 22030
    Phone: (703) 865-6305
    Email: frank@obwlegal.com

Dated: April 1, 2016

By: /s/ Seth A. Schaeffer
    Seth A. Schaeffer (VSB No. 74509)
    Bryan A. Fratkin (VSB No. 38933)
    McGuireWoods LLP
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia 23219
    Phone: (804) 775-1000
    Fax: (804) 775-1061
    sschaeffer@mcguirewoods.com
    bfratkin@mcguirewoods.com

<13> - 2 -